# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2581MN

_____

Jackie D. Vogt,                              *
                                             *
                 Appellant,                  *  On Appeal from the United
                                             *  States District Court
        v.                                   *  for the District of
                                             *  Minnesota.
                                             *
Dain Rauscher, Inc., a Minnesota             *  [UNPUBLISHED]
Corporation,                                 *
                                             *
                 Appellee.                   *

_____

Submitted: March 14, 2003
Filed: July 2, 2003

_____

Before WOLLMAN, RICHARD S. ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

This is an action for retaliation brought by Jackie Vogt against her former employer, Dain Rauscher Incorporated, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3, and the Minnesota Human Rights Act, Minn. Stat.

§ 363.03, Subd. 7. The District Court[1] granted the defendant's motion for summary judgment, and Ms. Vogt appeals. We affirm.

The case comes before us on specific and particular facts. We have little to add to the well-reasoned opinion of the able district judge. It is sufficient to say that, after viewing this record in the light most favorable to the plaintiff, as we must on summary judgment, it is our firm opinion that no reasonable inference of a retaliatory motive in plaintiff's discharge can be made. The evidence is overwhelming that the defendant believed in good faith that the plaintiff had violated its Respectful Workplace policy, and that this was the reason for the adverse action taken against plaintiff. According, the judgment is

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Hon. Richard H. Kyle, United States District Judge for the District of Minnesota.